The judgment of the trial court is now reversed and the cause remanded.

Opinion approved by the Court.

## STEPHENS v. STATE.
### No. 24581.

Court of Criminal Appeals of Texas.
Nov. 23, 1949.

None on appeal, for appellant.

A. C. Winborn, Crim. Dist. Atty., of Houston, E. T. Branch, Asst. Crim. Dist.

Atty., of Houston, George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for the theft of seven head of cattle. The punishment assessed is confinement in the state penitentiary for a period of two years.

The indictment and all matters of procedure appear regular. The record is before us without a statement of facts or bills of exception.

The judgment of the trial court is affirmed.